UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADRECA REID, *individually and on behalf of all others similarly situated,*<br><br>                              *Plaintiff,*<br>         v.<br><br>SOULFUL NUTRITION, INC.,<br><br>                              *Defendant.* | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>1:22-cv-09929-JPO |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Nadreca Reid and defendant Soulful Nutrition, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       March 29, 2023

| SHAKED LAW GROUP, P.C. | LAW OFFICES OF MICHAEL CHONG, LLC |
|---|---|
| By: _____ <br> Dan Shaked, Esq. <br> 14 Harwood Court, Suite 415 <br> Scarsdale, New York 10583 <br> Telephone: (917) 373-9128 <br> Email: shakedlawgroup@gmail.com <br> *Attorneys for Plaintiff* | By: _____ <br> Michael K. Chong, Esq. <br> 2 Executive Drive, Ste. 240 <br> Fort Lee, NJ 07024 <br> Telephone: (201) 708-6675 <br> Email: MKC@mkclawgrouup.com <br> *Attorneys for Defendant* |

**SO ORDERED:** _____